**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sallie Nicole Davis and Bruce Miller, Defendants,

Of whom Bruce Miller is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-002260

Appeal From Greenville County
James G. McGee, III, Family Court Judge

Unpublished Opinion No. 2017-UP-156
Submitted March 17, 2017 – Filed April 11, 2017

**AFFIRMED**

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, and Robert A. Clark, both of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** Bruce Miller appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Miller's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.